SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 17-34251

| Re: | NABETSY CASTILLO<br>RADAMES CASTILLO, JR.<br>193 EDISON ST<br>CLIFTON, NJ  07013 | Atty: | SCOTT J. GOLDSTEIN<br>LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC<br>280 WEST MAIN STREET<br>DENVILLE, NJ  07834 |
|---|---|---|---|

### RECEIPTS AS OF 12/31/2017                                       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/26/2017 | $565.00 | 4542238000    - | | | |

**Total Receipts: $565.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $565.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017                    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 33.34 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES/USB ELT BELA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 400.35 | 100.00% | 0.00 | 0.00 |
| 0003 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CHASE CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | DISCOVER BANK | UNSECURED | 3,483.43 | 0.00% | 0.00 | 0.00 |
| 0009 | ENERBANK USA | UNSECURED | 2,228.90 | 0.00% | 0.00 | 0.00 |
| 0011 | QUICKEN LOANS | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | SYNCB/TOYS 'R' US | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | WELLS FARGO BANK | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | CHASE CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | CHASE CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | DISCOVER BANK | UNSECURED | 7,914.29 | 0.00% | 0.00 | 0.00 |
| 0029 | WELLS FARGO BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $33.34**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $565.00           -     Paid to Claims: $0.00     -     Admin Costs Paid: $33.34     =     Funds on Hand: $531.66

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.