**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

September 07, 2018

**Re: Standing Trustee's Notice of Distribution**
     **Case No: 17-34251**

On February 09, 2018 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 7, 2018

**Chapter 13 Case # 17-34251**

Atty:    SCOTT J. GOLDSTEIN

Re:      NABETSY CASTILLO
         RADAMES CASTILLO, JR.
         193 EDISON ST
         CLIFTON, NJ  07013

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $33,900.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/26/2017 | $565.00 | 4542238000 - | 01/24/2018 | $565.00 | 4613720000 - |
| 02/26/2018 | $565.00 | 4697781000 - | 04/02/2018 | $565.00 | 4795309000 |
| 04/30/2018 | $565.00 | 4871629000 | 05/29/2018 | $565.00 | 4942791000 |
| 05/29/2018 | $1,321.00 | 4943340000 | 07/02/2018 | $567.00 | 5033820000 |
| 07/30/2018 | $565.00 | 5104497000 | 09/04/2018 | $565.00 | 5197766000 |

**Total Receipts: $6,408.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $6,408.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 340.96 | |
| ATTY | ATTORNEY | ADMIN | 1,705.00 | 100.00% | 1,705.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BELA US BANK | UNSECURED | 29,834.92 | * | 0.00 | |
| 0002 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 400.35 | 100.00% | 400.35 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 4,757.39 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 3,483.43 | * | 0.00 | |
| 0009 | ENERBANK USA | UNSECURED | 2,228.90 | * | 0.00 | |
| 0011 | QUICKEN LOANS INC | MORTGAGE ARRE | 2,580.23 | 100.00% | 2,580.23 | |
| 0014 | SYNCB/TOYS 'R' US | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 4,792.00 | * | 0.00 | |
| 0017 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 177.14 | * | 0.00 | |
| 0018 | WELLS FARGO BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0023 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,083.62 | * | 0.00 | |
| 0024 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 1,268.50 | * | 0.00 | |
| 0026 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | DISCOVER BANK | UNSECURED | 7,914.29 | * | 0.00 | |
| 0029 | WELLS FARGO CARD SERVICES | UNSECURED | 13,149.20 | * | 0.00 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,286.23 | * | 0.00 | |
| 0031 | WELLS FARGO CARD SERVICES | UNSECURED | 4,618.75 | * | 0.00 | |

Total Paid: $5,026.54
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 05/14/2018 | $57.01 | 801950 | 06/18/2018 | $71.79 | 803860 |
| | 07/16/2018 | $239.65 | 805843 | 08/20/2018 | $31.90 | 807742 |
| QUICKEN LOANS INC | | | | | | |
| | 05/14/2018 | $367.46 | 802643 | 06/18/2018 | $462.70 | 804577 |
| | 07/16/2018 | $1,544.51 | 806524 | 08/20/2018 | $205.56 | 808470 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: September 07, 2018.

Receipts: $6,408.00        -    Paid to Claims: $2,980.58    -    Admin Costs Paid: $2,045.96    =    Funds on Hand: $1,381.46

Base Plan Amount: $33,900.00        -    Receipts: $6,408.00            =    Total Unpaid Balance: **$27,492.00

**NOTE:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.