SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 17-34251

| Re: | NABETSY CASTILLO  RADAMES CASTILLO, JR.  193 EDISON ST  CLIFTON, NJ  07013 | Atty: | SCOTT J. GOLDSTEIN  LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC  280 WEST MAIN STREET  DENVILLE, NJ  07834 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $33,900.00**

### RECEIPTS AS OF 12/31/2018            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/26/2017 | $565.00 | 4542238000  - | 01/24/2018 | $565.00 | 4613720000  - |
| 02/26/2018 | $565.00 | 4697781000  - | 04/02/2018 | $565.00 | 4795309000 |
| 04/30/2018 | $565.00 | 4871629000 | 05/29/2018 | $565.00 | 4942791000 |
| 05/29/2018 | $1,321.00 | 4943340000 | 07/02/2018 | $567.00 | 5033820000 |
| 07/30/2018 | $565.00 | 5104497000 | 09/04/2018 | $565.00 | 5197766000 |
| 10/01/2018 | $565.00 | 5269312000 | 10/29/2018 | $565.00 | 5344629000 |
| 12/03/2018 | $565.00 | 5434225000 | 12/31/2018 | $565.00 | 5501630000 |

**Total Receipts: $8,668.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,668.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 09/17/2018 | $52.45 | 8,000,687 | 10/22/2018 | $34.50 | 8,000,726 |
| | 11/19/2018 | $33.51 | 8,000,767 | 12/17/2018 | $33.53 | 8,000,805 |
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 09/17/2018 | $11.94 | 8,000,691 | 10/22/2018 | $7.86 | 8,000,725 |
| | 11/19/2018 | $7.64 | 8,000,766 | 12/17/2018 | $7.64 | 8,000,806 |
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 05/14/2018 | $57.01 | 801,950 | 06/18/2018 | $71.79 | 803,860 |
| | 07/16/2018 | $239.65 | 805,843 | 08/20/2018 | $31.90 | 807,742 |
| BELA US BANK | | | | | | |
| | 09/17/2018 | $328.93 | 809,659 | 10/22/2018 | $216.25 | 811,566 |
| | 11/19/2018 | $210.34 | 813,536 | 12/17/2018 | $210.28 | 815,412 |
| DISCOVER BANK | | | | | | |
| | 09/17/2018 | $87.26 | 809,968 | 09/17/2018 | $38.40 | 809,968 |
| | 10/22/2018 | $25.27 | 811,895 | 10/22/2018 | $57.36 | 811,895 |
| | 11/19/2018 | $24.54 | 813,840 | 11/19/2018 | $55.79 | 813,840 |
| | 12/17/2018 | $24.55 | 815,724 | 12/17/2018 | $55.78 | 815,724 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ENERBANK USA | | | | | | | |
| | 09/17/2018 | $24.57 | 810,006 | | 10/22/2018 | $16.17 | 811,930 |
| | 11/19/2018 | $15.70 | 813,872 | | 12/17/2018 | $15.71 | 815,755 |
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/17/2018 | $13.99 | 809,268 | | 10/22/2018 | $9.19 | 811,151 |
| | 11/19/2018 | $8.94 | 813,119 | | 12/17/2018 | $8.94 | 815,000 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/17/2018 | $25.20 | 8,000,689 | | 10/22/2018 | $16.59 | 8,000,727 |
| | 11/19/2018 | $16.10 | 8,000,769 | | 12/17/2018 | $16.11 | 8,000,808 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/17/2018 | $52.83 | 810,390 | | 10/22/2018 | $34.76 | 812,338 |
| | 11/19/2018 | $33.75 | 814,258 | | 12/17/2018 | $33.78 | 816,153 |
| QUICKEN LOANS INC | | | | | | | |
| | 05/14/2018 | $367.46 | 802,643 | | 06/18/2018 | $462.70 | 804,577 |
| | 07/16/2018 | $1,544.51 | 806,524 | | 08/20/2018 | $205.56 | 808,470 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 12/17/2018 | $5.74 | 816,678 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 09/17/2018 | $144.97 | 810,946 | | 09/17/2018 | $50.92 | 810,946 |
| | 10/22/2018 | $95.31 | 812,920 | | 10/22/2018 | $33.50 | 812,920 |
| | 11/19/2018 | $32.53 | 814,813 | | 11/19/2018 | $92.70 | 814,813 |
| | 12/17/2018 | $32.55 | 816,716 | | 12/17/2018 | $92.68 | 816,716 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 469.76 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,705.00 | 100.00% | 1,705.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BELA US BANK | UNSECURED | 29,834.92 | * | 1,176.07 | |
| 0002 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 400.35 | 100.00% | 400.35 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 4,757.39 | * | 187.53 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 3,483.43 | * | 137.31 | |
| 0009 | ENERBANK USA | UNSECURED | 2,228.90 | * | 87.87 | |
| 0011 | QUICKEN LOANS INC | MORTGAGE ARRE | 2,580.23 | 100.00% | 2,580.23 | |
| 0014 | SYNCB/TOYS 'R' US | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 4,792.00 | * | 188.90 | |
| 0017 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 177.14 | * | 5.74 | |
| 0018 | WELLS FARGO BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0023 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,083.62 | * | 42.72 | |
| 0024 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 1,268.50 | * | 50.00 | |
| 0026 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | DISCOVER BANK | UNSECURED | 7,914.29 | * | 311.97 | |
| 0029 | WELLS FARGO CARD SERVICES | UNSECURED | 13,149.20 | * | 518.33 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,286.23 | * | 90.12 | |
| 0031 | WELLS FARGO CARD SERVICES | UNSECURED | 4,618.75 | * | 182.07 | |

**Total Paid: $8,133.97**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $8,668.00    -    Paid to Claims: $5,959.21    -    Admin Costs Paid: $2,174.76    =    Funds on Hand: $534.03

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.