| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>NABETSY CASTILLO<br>RADAMES CASTILLO, JR. | Case No.: 17-34251<br><br>Adv. No.:<br><br>Hearing Date:  06/27/2019<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/02/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
NABETSY CASTILLO
RADAMES CASTILLO, JR.
193 EDISON ST
CLIFTON, NJ  07013
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834
Mode of Service:  Regular Mail

Dated:  May 02, 2019

By:  /S/  Jeannine VanSant
      Jeannine VanSant