SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 17-34251

Re:  NABETSY CASTILLO
RADAMES CASTILLO, JR.
193 EDISON ST
CLIFTON, NJ  07013

Atty:  SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,581.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/26/2017 | $565.00 | 4542238000 - | 01/24/2018 | $565.00 | 4613720000 - |
| 02/26/2018 | $565.00 | 4697781000 - | 04/02/2018 | $565.00 | 4795309000 |
| 04/30/2018 | $565.00 | 4871629000 | 05/29/2018 | $565.00 | 4942791000 |
| 05/29/2018 | $1,321.00 | 4943340000 | 07/02/2018 | $567.00 | 5033820000 |
| 07/30/2018 | $565.00 | 5104497000 | 09/04/2018 | $565.00 | 5197766000 |
| 10/01/2018 | $565.00 | 5269312000 | 10/29/2018 | $565.00 | 5344629000 |
| 12/03/2018 | $565.00 | 5434225000 | 12/31/2018 | $565.00 | 5501630000 |
| 01/28/2019 | $565.00 | 5570701000 | 02/25/2019 | $565.00 | 5642620000 |
| 04/01/2019 | $565.00 | 5742831000 | 04/29/2019 | $565.00 | 5812774000 |
| 05/29/2019 | $600.00 | 5892563000 | 06/03/2019 | $646.00 | 5907246000 |
| 07/01/2019 | $565.00 | 5975513000 | 07/29/2019 | $565.00 | 6045581000 |
| 09/03/2019 | $565.00 | 6137850000 | 09/30/2019 | $565.00 | 6208838000 |
| 10/28/2019 | $565.00 | 6279505000 | 12/02/2019 | $565.00 | 6370913000 |
| 12/31/2019 | $565.00 | 6441977000 | | | |

**Total Receipts: $16,129.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $16,129.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 09/17/2018 | $52.45 | 8,000,687 | 10/22/2018 | $34.50 | 8,000,726 |
| | 11/19/2018 | $33.51 | 8,000,767 | 12/17/2018 | $33.53 | 8,000,805 |
| | 01/14/2019 | $33.54 | 8,000,844 | 02/11/2019 | $33.53 | 8,000,892 |
| | 03/18/2019 | $33.53 | 8,000,933 | 04/15/2019 | $33.55 | 8,000,979 |
| | 05/20/2019 | $30.42 | 8,001,028 | 06/17/2019 | $33.21 | 8,001,068 |
| | 07/15/2019 | $74.56 | 8,001,113 | 08/19/2019 | $33.81 | 8,001,155 |
| | 09/16/2019 | $33.81 | 8,001,198 | 10/21/2019 | $34.69 | 8,001,242 |
| | 11/18/2019 | $34.68 | 8,001,283 | 12/16/2019 | $33.38 | 8,001,324 |
| | 01/13/2020 | $33.39 | 8,001,369 | | | |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 09/17/2018 | $11.94 | 8,000,691 | | 10/22/2018 | $7.86 | 8,000,725 |
| | 11/19/2018 | $7.64 | 8,000,766 | | 12/17/2018 | $7.64 | 8,000,806 |
| | 01/14/2019 | $7.64 | 8,000,843 | | 02/11/2019 | $7.64 | 8,000,886 |
| | 03/18/2019 | $7.64 | 8,000,932 | | 04/15/2019 | $7.64 | 8,000,978 |
| | 05/20/2019 | $6.93 | 8,001,025 | | 06/17/2019 | $7.56 | 8,001,067 |
| | 07/15/2019 | $16.97 | 8,001,112 | | 08/19/2019 | $7.70 | 8,001,154 |
| | 09/16/2019 | $7.71 | 8,001,197 | | 10/21/2019 | $7.90 | 8,001,249 |
| | 11/18/2019 | $7.90 | 8,001,287 | | 12/16/2019 | $7.60 | 8,001,330 |
| | 01/13/2020 | $7.61 | 8,001,366 | | | | |
| AMERICAN HONDA FINANCE CORPORATION | | | | | | | |
| | 05/14/2018 | $57.01 | 801,950 | | 06/18/2018 | $71.79 | 803,860 |
| | 07/16/2018 | $239.65 | 805,843 | | 08/20/2018 | $31.90 | 807,742 |
| | 05/20/2019 | $49.11 | 825,299 | | 06/17/2019 | $5.11 | 827,328 |
| | 07/15/2019 | $11.50 | 829,185 | | 08/19/2019 | $5.21 | 831,131 |
| | 09/16/2019 | $5.21 | 833,169 | | 10/21/2019 | $5.36 | 835,169 |
| | 11/18/2019 | $5.34 | 837,264 | | 12/16/2019 | $5.15 | 839,202 |
| | 01/13/2020 | $5.14 | 841,092 | | | | |
| BELA US BANK | | | | | | | |
| | 09/17/2018 | $328.93 | 809,659 | | 10/22/2018 | $216.25 | 811,566 |
| | 11/19/2018 | $210.34 | 813,536 | | 12/17/2018 | $210.28 | 815,412 |
| | 01/14/2019 | $210.27 | 817,334 | | 02/11/2019 | $210.28 | 819,217 |
| DISCOVER BANK | | | | | | | |
| | 09/17/2018 | $87.26 | 809,968 | | 09/17/2018 | $38.40 | 809,968 |
| | 10/22/2018 | $25.27 | 811,895 | | 10/22/2018 | $57.36 | 811,895 |
| | 11/19/2018 | $24.54 | 813,840 | | 11/19/2018 | $55.79 | 813,840 |
| | 12/17/2018 | $24.55 | 815,724 | | 12/17/2018 | $55.78 | 815,724 |
| | 01/14/2019 | $24.55 | 817,650 | | 01/14/2019 | $55.78 | 817,650 |
| | 02/11/2019 | $55.78 | 819,537 | | 02/11/2019 | $24.55 | 819,537 |
| | 03/18/2019 | $24.55 | 821,513 | | 03/18/2019 | $55.78 | 821,513 |
| | 04/15/2019 | $24.56 | 823,543 | | 04/15/2019 | $55.80 | 823,543 |
| | 05/20/2019 | $50.60 | 825,522 | | 05/20/2019 | $22.29 | 825,522 |
| | 06/17/2019 | $24.32 | 827,540 | | 06/17/2019 | $55.27 | 827,540 |
| | 06/25/2019 | ($22.29) | 825,522 | | 06/25/2019 | ($50.60) | 825,522 |
| | 06/25/2019 | $22.29 | 828,617 | | 06/25/2019 | $50.60 | 828,617 |
| | 07/15/2019 | $54.58 | 829,391 | | 07/15/2019 | $124.03 | 829,391 |
| | 08/19/2019 | $24.75 | 831,364 | | 08/19/2019 | $56.25 | 831,364 |
| | 09/16/2019 | $24.76 | 833,380 | | 09/16/2019 | $56.23 | 833,380 |
| | 10/21/2019 | $25.40 | 835,407 | | 10/21/2019 | $57.70 | 835,407 |
| | 11/18/2019 | $25.40 | 837,479 | | 11/18/2019 | $57.72 | 837,479 |
| | 12/16/2019 | $24.44 | 839,411 | | 12/16/2019 | $55.54 | 839,411 |
| | 01/13/2020 | $55.53 | 841,274 | | 01/13/2020 | $24.45 | 841,274 |
| ECMC | | | | | | | |
| | 03/18/2019 | $210.28 | 821,534 | | 04/15/2019 | $210.21 | 823,564 |
| | 05/20/2019 | $191.00 | 825,543 | | 06/17/2019 | $208.23 | 827,557 |
| | 07/15/2019 | $467.55 | 829,412 | | 08/19/2019 | $212.03 | 831,385 |
| | 09/16/2019 | $212.00 | 833,398 | | 10/21/2019 | $217.52 | 835,427 |
| | 11/18/2019 | $217.54 | 837,497 | | 12/16/2019 | $209.36 | 839,426 |
| | 01/13/2020 | $209.37 | 841,294 | | | | |
| ENERBANK USA | | | | | | | |
| | 09/17/2018 | $24.57 | 810,006 | | 10/22/2018 | $16.17 | 811,930 |
| | 11/19/2018 | $15.70 | 813,872 | | 12/17/2018 | $15.71 | 815,755 |
| | 01/14/2019 | $15.72 | 817,681 | | 02/11/2019 | $15.71 | 819,567 |
| | 03/18/2019 | $15.71 | 821,546 | | 04/15/2019 | $15.70 | 823,577 |
| | 05/20/2019 | $14.26 | 825,555 | | 06/17/2019 | $15.56 | 827,565 |
| | 07/15/2019 | $34.93 | 829,423 | | 08/19/2019 | $15.84 | 831,397 |
| | 09/16/2019 | $15.84 | 833,409 | | 10/21/2019 | $16.25 | 835,437 |
| | 11/18/2019 | $16.25 | 837,512 | | 12/16/2019 | $15.64 | 839,436 |
| | 01/13/2020 | $15.64 | 841,303 | | | | |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/17/2018 | $13.99 | 809,268 | | 10/22/2018 | $9.19 | 811,151 |
| | 11/19/2018 | $8.94 | 813,119 | | 12/17/2018 | $8.94 | 815,000 |
| | 01/14/2019 | $8.94 | 816,928 | | 02/11/2019 | $8.94 | 818,830 |
| | 03/18/2019 | $8.95 | 820,752 | | 04/15/2019 | $8.94 | 822,800 |
| | 05/20/2019 | $8.11 | 824,771 | | 06/17/2019 | $8.85 | 826,837 |
| | 07/15/2019 | $19.89 | 828,704 | | 08/19/2019 | $9.01 | 830,572 |
| | 09/16/2019 | $9.01 | 832,660 | | 10/21/2019 | $9.26 | 834,616 |
| | 11/18/2019 | $9.24 | 836,739 | | 12/16/2019 | $8.90 | 838,677 |
| | 01/13/2020 | $8.90 | 840,562 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/17/2018 | $25.20 | 8,000,689 | | 10/22/2018 | $16.59 | 8,000,727 |
| | 11/19/2018 | $16.10 | 8,000,769 | | 12/17/2018 | $16.11 | 8,000,808 |
| | 01/14/2019 | $16.12 | 8,000,845 | | 02/11/2019 | $16.11 | 8,000,887 |
| | 03/18/2019 | $16.11 | 8,000,934 | | 04/15/2019 | $16.13 | 8,000,980 |
| | 05/20/2019 | $14.62 | 8,001,023 | | 06/17/2019 | $15.96 | 8,001,069 |
| | 07/15/2019 | $35.83 | 8,001,114 | | 08/19/2019 | $16.24 | 8,001,156 |
| | 09/16/2019 | $16.26 | 8,001,195 | | 10/21/2019 | $16.67 | 8,001,239 |
| | 11/18/2019 | $16.66 | 8,001,282 | | 12/16/2019 | $16.04 | 8,001,325 |
| | 01/13/2020 | $16.04 | 8,001,363 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/17/2018 | $52.83 | 810,390 | | 10/22/2018 | $34.76 | 812,338 |
| | 11/19/2018 | $33.75 | 814,258 | | 12/17/2018 | $33.78 | 816,153 |
| | 01/14/2019 | $33.78 | 818,081 | | 02/11/2019 | $33.77 | 819,985 |
| | 03/18/2019 | $33.77 | 821,960 | | 04/15/2019 | $33.79 | 823,987 |
| | 05/20/2019 | $30.64 | 826,001 | | 06/17/2019 | $33.46 | 827,961 |
| | 07/15/2019 | $75.10 | 829,825 | | 08/19/2019 | $34.06 | 831,837 |
| | 09/16/2019 | $34.04 | 833,836 | | 10/21/2019 | $34.94 | 835,883 |
| | 11/18/2019 | $34.94 | 837,940 | | 12/16/2019 | $33.63 | 839,843 |
| | 01/13/2020 | $33.63 | 8,001,365 | | | | |
| QUICKEN LOANS INC | | | | | | | |
| | 05/14/2018 | $367.46 | 802,643 | | 06/18/2018 | $462.70 | 804,577 |
| | 07/16/2018 | $1,544.51 | 806,524 | | 08/20/2018 | $205.56 | 808,470 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 12/17/2018 | $5.74 | 816,678 | | 05/20/2019 | $6.12 | 826,585 |
| | 08/19/2019 | $5.28 | 832,418 | | 12/16/2019 | $5.08 | 840,326 |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 09/17/2018 | $144.97 | 810,946 | | 09/17/2018 | $50.92 | 810,946 |
| | 10/22/2018 | $95.31 | 812,920 | | 10/22/2018 | $33.50 | 812,920 |
| | 11/19/2018 | $32.53 | 814,813 | | 11/19/2018 | $92.70 | 814,813 |
| | 12/17/2018 | $32.55 | 816,716 | | 12/17/2018 | $92.68 | 816,716 |
| | 01/14/2019 | $32.57 | 818,631 | | 01/14/2019 | $92.67 | 818,631 |
| | 02/11/2019 | $32.55 | 820,546 | | 02/11/2019 | $92.68 | 820,546 |
| | 03/18/2019 | $32.55 | 822,584 | | 03/18/2019 | $92.68 | 822,584 |
| | 04/15/2019 | $32.57 | 824,561 | | 04/15/2019 | $92.65 | 824,561 |
| | 05/20/2019 | $84.18 | 826,621 | | 05/20/2019 | $29.53 | 826,621 |
| | 06/17/2019 | $32.26 | 828,503 | | 06/17/2019 | $91.77 | 828,503 |
| | 07/15/2019 | $72.38 | 830,379 | | 07/15/2019 | $206.06 | 830,379 |
| | 08/19/2019 | $32.80 | 832,457 | | 08/19/2019 | $93.45 | 832,457 |
| | 09/16/2019 | $32.84 | 834,395 | | 09/16/2019 | $93.44 | 834,395 |
| | 10/21/2019 | $33.67 | 836,503 | | 10/21/2019 | $95.87 | 836,503 |
| | 11/18/2019 | $33.68 | 838,492 | | 11/18/2019 | $95.87 | 838,492 |
| | 12/16/2019 | $32.41 | 840,358 | | 12/16/2019 | $92.27 | 840,358 |
| | 01/13/2020 | $32.42 | 842,262 | | 01/13/2020 | $92.28 | 842,262 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 17-34251**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 798.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,705.00 | 100.00% | 1,705.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ECMC | UNSECURED | 29,834.92 | * | 3,951.44 | |
| 0002 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 400.35 | 100.00% | 400.35 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 4,757.39 | * | 630.09 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 3,483.43 | * | 461.36 | |
| 0009 | ENERBANK USA | UNSECURED | 2,228.90 | * | 295.20 | |
| 0011 | QUICKEN LOANS INC | MORTGAGE ARRE | 2,580.23 | 100.00% | 2,580.23 | |
| 0014 | SYNCB/TOYS 'R' US | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 4,792.00 | * | 634.67 | |
| 0017 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 177.14 | * | 22.22 | |
| 0018 | WELLS FARGO BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0023 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,083.62 | * | 143.52 | |
| 0024 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 1,268.50 | * | 168.00 | |
| 0026 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | DISCOVER BANK | UNSECURED | 7,914.29 | * | 1,048.20 | |
| 0029 | WELLS FARGO CARD SERVICES | UNSECURED | 13,149.20 | * | 1,741.53 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,286.23 | * | 302.79 | |
| 0031 | WELLS FARGO CARD SERVICES | UNSECURED | 4,618.75 | * | 611.73 | |
| 0032 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 733.37 | * | 97.13 | |

Total Paid:  $15,592.14
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $16,129.00    -    Paid to Claims: $13,088.46    -    Admin Costs Paid: $2,503.68    =    Funds on Hand: $536.86

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.