| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J. GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br><br>Attorney for Nabetsy Castillo and Radames Castillo, Jr., Debtors. | |

| | | |
|---|---|---|
| In Re:<br><br>Nabetsy Castillo<br>Radames Castillo, Jr.,<br><br>Debtors. | Case No.<br>Chapter<br>Adv. No.<br>Hearing Date<br>Judge: | 17-34251<br>13<br><br>07/8/21<br>JKS |

## CERTIFICATION OF SERVICE

1. I, __Marissa R. Dontas__ ,

    ☐ represent  in this matter.

    ☒ am the secretary/paralegal for __Scott J. Goldstein__ , who represents __Debtors__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 26, 2021__ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Debtors' Certification in Opposition

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Date: __May 26, 2021__                             __/s/Marissa R. Dontas__
                                                                                     Signature

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Chapter 13 Trustee<br>30 Two Bridges Road, Suite 330, Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Per waiver via CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*