Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER  8, 2022

#### Chapter 13 Case # 17-34251

Re:  NABETSY CASTILLO  
RADAMES CASTILLO, JR.  
193 EDISON ST  
CLIFTON, NJ  07013

Atty:  SCOTT J. GOLDSTEIN  
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC  
280 WEST MAIN STREET  
DENVILLE, NJ  07834

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,581.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/26/2017 | $565.00 | 4542238000  - | 01/24/2018 | $565.00 | 4613720000  - |
| 02/26/2018 | $565.00 | 4697781000  - | 04/02/2018 | $565.00 | 4795309000 |
| 04/30/2018 | $565.00 | 4871629000 | 05/29/2018 | $565.00 | 4942791000 |
| 05/29/2018 | $1,321.00 | 4943340000 | 07/02/2018 | $567.00 | 5033820000 |
| 07/30/2018 | $565.00 | 5104497000 | 09/04/2018 | $565.00 | 5197766000 |
| 10/01/2018 | $565.00 | 5269312000 | 10/29/2018 | $565.00 | 5344629000 |
| 12/03/2018 | $565.00 | 5434225000 | 12/31/2018 | $565.00 | 5501630000 |
| 01/28/2019 | $565.00 | 5570701000 | 02/25/2019 | $565.00 | 5642620000 |
| 04/01/2019 | $565.00 | 5742831000 | 04/29/2019 | $565.00 | 5812774000 |
| 05/29/2019 | $600.00 | 5892563000 | 06/03/2019 | $646.00 | 5907246000 |
| 07/01/2019 | $565.00 | 5975513000 | 07/29/2019 | $565.00 | 6045581000 |
| 09/03/2019 | $565.00 | 6137850000 | 09/30/2019 | $565.00 | 6208838000 |
| 10/28/2019 | $565.00 | 6279505000 | 12/02/2019 | $565.00 | 6370913000 |
| 12/31/2019 | $565.00 | 6441977000 | 02/10/2020 | $565.00 | 6549084000 |
| 03/02/2020 | $565.00 | 6600626000 | 03/30/2020 | $565.00 | 6667740000 |
| 04/27/2020 | $565.00 | 6738587000 | 06/01/2020 | $565.00 | 6833550000 |
| 06/29/2020 | $565.00 | 6900044000 | 08/03/2020 | $565.00 | 6980242000 |
| 08/31/2020 | $565.00 | 7046651000 | 09/28/2020 | $565.00 | 7112262000 |
| 11/02/2020 | $565.00 | 7201123000 | 11/30/2020 | $565.00 | 7268066000 |
| 01/04/2021 | $565.00 | 7346634000 | 02/01/2021 | $565.00 | 7418847000 |
| 03/01/2021 | $565.00 | 7483629000 | 03/29/2021 | $565.00 | 7554975000 |
| 04/26/2021 | $565.00 | 7620788000 | 06/02/2021 | $565.00 | 7704102000 |
| 06/28/2021 | $565.00 | 7767142000 | 08/02/2021 | $565.00 | 7849471000 |
| 08/30/2021 | $565.00 | 7908030000 | 09/27/2021 | $565.00 | 7971239000 |
| 11/01/2021 | $565.00 | 8048251000 | 11/29/2021 | $565.00 | 8110577000 |
| 01/03/2022 | $565.00 | 8180105000 | 01/31/2022 | $565.00 | 8243294000 |
| 02/28/2022 | $565.00 | 830231000 | 03/28/2022 | $565.00 | 8362832000 |
| 05/02/2022 | $565.00 | 8435265000 | 05/31/2022 | $565.00 | 8492877000 |

**Chapter 13 Case # 17-34251**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 07/05/2022 | $565.00 | 8565341000 | 08/01/2022 | $565.00 | 8617713000 |
| 09/01/2022 | $565.00 | 8680789000 | 10/03/2022 | $565.00 | 8741982000 |
| 10/31/2022 | $565.00 | 8793630000 | | | |

**Total Receipts: $35,339.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $35,339.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|-------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,943.39 | |
| ATTY | ATTORNEY | ADMIN | 1,705.00 | 100.00% | 1,705.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ECMC | UNSECURED | 29,834.92 | * | 10,804.75 | |
| 0002 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 400.35 | 100.00% | 400.35 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 4,757.39 | * | 1,722.90 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 3,483.43 | * | 1,261.53 | |
| 0009 | ENERBANK USA | UNSECURED | 2,228.90 | * | 807.19 | |
| 0011 | QUICKEN LOANS INC | MORTGAGE ARRE | 2,580.23 | 100.00% | 2,580.23 | |
| 0014 | SYNCB/TOYS 'R' US | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 4,792.00 | * | 1,735.43 | |
| 0017 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 177.14 | * | 62.88 | |
| 0018 | WELLS FARGO BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0023 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,083.62 | * | 392.44 | |
| 0024 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 1,268.50 | * | 459.39 | |
| 0026 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | DISCOVER BANK | UNSECURED | 7,914.29 | * | 2,866.17 | |
| 0029 | WELLS FARGO CARD SERVICES | UNSECURED | 13,149.20 | * | 4,762.00 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,286.23 | * | 827.96 | |
| 0031 | WELLS FARGO CARD SERVICES | UNSECURED | 4,618.75 | * | 1,672.69 | |
| 0032 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 733.37 | * | 265.59 | |

**Total Paid: $34,269.89**

See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 09/17/2018 | $52.45 | 8000687 | | 10/22/2018 | $34.50 | 8000726 |
| | 11/19/2018 | $33.51 | 0 | | 12/17/2018 | $33.53 | 0 |
| | 01/14/2019 | $33.54 | 0 | | 02/11/2019 | $33.53 | 8000892 |
| | 03/18/2019 | $33.53 | 8000933 | | 04/15/2019 | $33.55 | 8000979 |
| | 05/20/2019 | $30.42 | 8001028 | | 06/17/2019 | $33.21 | 8001068 |
| | 07/15/2019 | $74.56 | 8001113 | | 08/19/2019 | $33.81 | 8001155 |
| | 09/16/2019 | $33.81 | 8001198 | | 10/21/2019 | $34.69 | 8001242 |
| | 11/18/2019 | $34.68 | 8001283 | | 12/16/2019 | $33.38 | 8001324 |
| | 01/13/2020 | $33.39 | 8001369 | | 02/10/2020 | $33.38 | 8001408 |
| | 03/16/2020 | $33.38 | 8001450 | | 04/20/2020 | $33.39 | 8001486 |
| | 05/18/2020 | $33.38 | 8001530 | | 06/15/2020 | $31.70 | 8001598 |
| | 07/20/2020 | $32.57 | 8001655 | | 08/17/2020 | $32.58 | 8001711 |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/21/2020 | $32.57 | 8001777 | | 10/19/2020 | $32.57 | 8001833 |
| | 11/16/2020 | $32.58 | 8001898 | | 12/21/2020 | $32.57 | 8001954 |
| | 01/11/2021 | $32.57 | 8002017 | | 02/22/2021 | $32.58 | 8002064 |
| | 03/15/2021 | $32.57 | 8002121 | | 04/19/2021 | $32.58 | 8002174 |
| | 05/17/2021 | $32.57 | 8002225 | | 06/21/2021 | $32.58 | 8002273 |
| | 07/19/2021 | $33.10 | 8002326 | | 08/16/2021 | $33.10 | 8002378 |
| | 09/20/2021 | $33.10 | 8002428 | | 10/18/2021 | $33.11 | 8002477 |
| | 11/17/2021 | $33.10 | 8002524 | | 12/13/2021 | $33.45 | 8002577 |
| | 01/10/2022 | $33.45 | 8002629 | | 02/14/2022 | $33.46 | 8002679 |
| | 03/14/2022 | $33.45 | 8002732 | | 04/18/2022 | $33.46 | 8002786 |
| | 05/16/2022 | $33.98 | 8002839 | | 06/20/2022 | $33.99 | 8002893 |
| | 07/18/2022 | $33.98 | 8002944 | | 08/15/2022 | $33.99 | 8002994 |
| | 09/19/2022 | $33.96 | 8003041 | | 10/17/2022 | $34.01 | 8003096 |
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 09/17/2018 | $11.94 | 8000691 | | 10/22/2018 | $7.86 | 8000725 |
| | 11/19/2018 | $7.64 | 0 | | 12/17/2018 | $7.64 | 0 |
| | 01/14/2019 | $7.64 | 0 | | 02/11/2019 | $7.64 | 8000886 |
| | 03/18/2019 | $7.64 | 8000932 | | 04/15/2019 | $7.64 | 8000978 |
| | 05/20/2019 | $6.93 | 8001025 | | 06/17/2019 | $7.56 | 8001067 |
| | 07/15/2019 | $16.97 | 8001112 | | 08/19/2019 | $7.70 | 8001154 |
| | 09/16/2019 | $7.71 | 8001197 | | 10/21/2019 | $7.90 | 8001249 |
| | 11/18/2019 | $7.90 | 8001287 | | 12/16/2019 | $7.60 | 8001330 |
| | 01/13/2020 | $7.61 | 8001366 | | 02/10/2020 | $7.60 | 8001407 |
| | 03/16/2020 | $7.60 | 8001448 | | 04/20/2020 | $7.61 | 8001489 |
| | 05/18/2020 | $7.61 | 8001537 | | 06/15/2020 | $7.21 | 8001599 |
| | 07/20/2020 | $7.43 | 8001653 | | 08/17/2020 | $7.41 | 8001713 |
| | 09/21/2020 | $7.43 | 8001774 | | 10/19/2020 | $7.42 | 8001835 |
| | 11/16/2020 | $7.41 | 8001895 | | 12/21/2020 | $7.42 | 8001955 |
| | 01/11/2021 | $7.42 | 8002012 | | 02/22/2021 | $7.42 | 8002072 |
| | 03/15/2021 | $7.42 | 8002119 | | 04/19/2021 | $7.42 | 8002175 |
| | 05/17/2021 | $7.42 | 8002227 | | 06/21/2021 | $7.42 | 8002275 |
| | 07/19/2021 | $7.54 | 8002328 | | 08/16/2021 | $7.54 | 8002381 |
| | 09/20/2021 | $7.54 | 8002430 | | 10/18/2021 | $7.54 | 8002479 |
| | 11/17/2021 | $7.54 | 8002526 | | 12/13/2021 | $7.62 | 8002579 |
| | 01/10/2022 | $7.62 | 8002631 | | 02/14/2022 | $7.62 | 8002681 |
| | 03/14/2022 | $7.62 | 8002735 | | 04/18/2022 | $7.62 | 8002784 |
| | 05/16/2022 | $7.74 | 8002841 | | 06/20/2022 | $7.74 | 8002895 |
| | 07/18/2022 | $7.74 | 8002943 | | 08/15/2022 | $7.74 | 8002993 |
| | 09/19/2022 | $7.75 | 8003043 | | 10/17/2022 | $7.74 | 8003098 |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | | |
| | 05/14/2018 | $57.01 | 801950 | | 06/18/2018 | $71.79 | 803860 |
| | 07/16/2018 | $239.65 | 805843 | | 08/20/2018 | $31.90 | 807742 |
| | 05/20/2019 | $49.11 | 825299 | | 06/17/2019 | $5.11 | 827328 |
| | 07/15/2019 | $11.50 | 829185 | | 08/19/2019 | $5.21 | 831131 |
| | 09/16/2019 | $5.21 | 833169 | | 10/21/2019 | $5.36 | 835169 |
| | 11/18/2019 | $5.34 | 837264 | | 12/16/2019 | $5.15 | 839202 |
| | 01/13/2020 | $5.14 | 841092 | | 02/10/2020 | $5.15 | 842966 |
| | 03/16/2020 | $5.14 | 844871 | | 04/20/2020 | $5.15 | 846818 |
| | 05/18/2020 | $5.15 | 848743 | | 07/20/2020 | $9.90 | 852210 |
| | 08/17/2020 | $5.03 | 854083 | | 09/21/2020 | $5.01 | 855884 |
| | 10/19/2020 | $5.03 | 857780 | | 11/16/2020 | $5.02 | 859575 |
| | 12/21/2020 | $5.02 | 861398 | | 01/11/2021 | $5.02 | 863198 |
| | 02/22/2021 | $5.03 | 864855 | | 03/15/2021 | $5.02 | 866728 |
| | 04/19/2021 | $5.01 | 868388 | | 05/17/2021 | $5.03 | 870299 |
| | 06/21/2021 | $5.02 | 872100 | | 07/19/2021 | $5.10 | 873906 |
| | 08/16/2021 | $5.10 | 875589 | | 09/20/2021 | $5.11 | 877318 |
| | 10/18/2021 | $5.10 | 879095 | | 11/17/2021 | $5.11 | 880806 |
| | 12/13/2021 | $5.15 | 882442 | | 01/10/2022 | $5.16 | 884096 |
| | 02/14/2022 | $5.15 | 885785 | | 03/14/2022 | $5.17 | 887499 |
| | 04/18/2022 | $5.15 | 889195 | | 05/16/2022 | $5.24 | 890908 |
| | 06/20/2022 | $5.24 | 892592 | | 07/18/2022 | $5.24 | 894323 |
| | 08/15/2022 | $5.23 | 895886 | | 09/19/2022 | $5.25 | 897489 |
| | 10/17/2022 | $5.23 | 899162 | | | | |
| BELA US BANK | | | | | | | |
| | 09/17/2018 | $328.93 | 809659 | | 10/22/2018 | $216.25 | 811566 |
| | 11/19/2018 | $210.34 | 813536 | | 12/17/2018 | $210.28 | 815412 |
| | 01/14/2019 | $210.27 | 817334 | | 02/11/2019 | $210.28 | 819217 |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 09/17/2018 | $38.40 | 809968 | | 09/17/2018 | $87.26 | 809968 |
| | 10/22/2018 | $57.36 | 811895 | | 10/22/2018 | $25.27 | 811895 |
| | 11/19/2018 | $24.54 | 813840 | | 11/19/2018 | $55.79 | 813840 |
| | 12/17/2018 | $55.78 | 815724 | | 12/17/2018 | $24.55 | 815724 |
| | 01/14/2019 | $24.55 | 817650 | | 01/14/2019 | $55.78 | 817650 |
| | 02/11/2019 | $55.78 | 819537 | | 02/11/2019 | $24.55 | 819537 |
| | 03/18/2019 | $24.55 | 821513 | | 03/18/2019 | $55.78 | 821513 |
| | 04/15/2019 | $55.80 | 823543 | | 04/15/2019 | $24.56 | 823543 |
| | 05/20/2019 | $22.29 | 825522 | | 05/20/2019 | $50.60 | 825522 |
| | 06/17/2019 | $55.27 | 827540 | | 06/17/2019 | $24.32 | 827540 |
| | 06/25/2019 | ($22.29) | 825522 | | 06/25/2019 | $22.29 | 828617 |
| | 06/25/2019 | ($50.60) | 825522 | | 06/25/2019 | $50.60 | 828617 |
| | 07/15/2019 | $124.03 | 829391 | | 07/15/2019 | $54.58 | 829391 |
| | 08/19/2019 | $24.75 | 831364 | | 08/19/2019 | $56.25 | 831364 |
| | 09/16/2019 | $56.23 | 833380 | | 09/16/2019 | $24.76 | 833380 |
| | 10/21/2019 | $25.40 | 835407 | | 10/21/2019 | $57.70 | 835407 |
| | 11/18/2019 | $57.72 | 837479 | | 11/18/2019 | $25.40 | 837479 |
| | 12/16/2019 | $24.44 | 839411 | | 12/16/2019 | $55.54 | 839411 |
| | 01/13/2020 | $55.53 | 841274 | | 01/13/2020 | $24.45 | 841274 |
| | 02/10/2020 | $24.44 | 843163 | | 02/10/2020 | $55.54 | 843163 |
| | 03/16/2020 | $55.54 | 845075 | | 03/16/2020 | $24.44 | 845075 |
| | 04/20/2020 | $24.45 | 847018 | | 04/20/2020 | $55.54 | 847018 |
| | 05/18/2020 | $55.53 | 848908 | | 05/18/2020 | $24.44 | 848908 |
| | 06/15/2020 | $23.21 | 850594 | | 06/15/2020 | $52.72 | 850594 |
| | 07/20/2020 | $54.22 | 852397 | | 07/20/2020 | $23.87 | 852397 |
| | 08/17/2020 | $23.83 | 854261 | | 08/17/2020 | $54.13 | 854261 |
| | 09/21/2020 | $54.22 | 856078 | | 09/21/2020 | $23.85 | 856078 |
| | 10/19/2020 | $23.87 | 857956 | | 10/19/2020 | $54.19 | 857956 |
| | 11/16/2020 | $54.19 | 859752 | | 11/16/2020 | $23.83 | 859752 |
| | 12/21/2020 | $23.85 | 861576 | | 12/21/2020 | $54.19 | 861576 |
| | 01/11/2021 | $54.19 | 863353 | | 01/11/2021 | $23.87 | 863353 |
| | 02/22/2021 | $23.83 | 865048 | | 02/22/2021 | $54.19 | 865048 |
| | 03/15/2021 | $54.19 | 866886 | | 03/15/2021 | $23.86 | 866886 |
| | 04/19/2021 | $23.85 | 868582 | | 04/19/2021 | $54.19 | 868582 |
| | 05/17/2021 | $54.19 | 870479 | | 05/17/2021 | $23.87 | 870479 |
| | 06/21/2021 | $23.83 | 872290 | | 06/21/2021 | $54.19 | 872290 |
| | 07/19/2021 | $55.07 | 874082 | | 07/19/2021 | $24.24 | 874082 |
| | 08/16/2021 | $24.24 | 875765 | | 08/16/2021 | $55.07 | 875765 |
| | 09/20/2021 | $55.07 | 877508 | | 09/20/2021 | $24.26 | 877508 |
| | 10/18/2021 | $24.22 | 879277 | | 10/18/2021 | $55.03 | 879277 |
| | 11/17/2021 | $55.10 | 880988 | | 11/17/2021 | $24.24 | 880988 |
| | 12/13/2021 | $24.49 | 882619 | | 12/13/2021 | $55.66 | 882619 |
| | 01/10/2022 | $55.65 | 884271 | | 01/10/2022 | $24.50 | 884271 |
| | 02/14/2022 | $24.50 | 885969 | | 02/14/2022 | $55.66 | 885969 |
| | 03/14/2022 | $55.65 | 887671 | | 03/14/2022 | $24.50 | 887671 |
| | 04/18/2022 | $24.49 | 889386 | | 04/18/2022 | $55.66 | 889386 |
| | 05/16/2022 | $56.53 | 891079 | | 05/16/2022 | $24.88 | 891079 |
| | 06/20/2022 | $24.88 | 892775 | | 06/20/2022 | $56.53 | 892775 |
| | 07/18/2022 | $56.54 | 894487 | | 07/18/2022 | $24.88 | 894487 |
| | 08/15/2022 | $24.89 | 896062 | | 08/15/2022 | $56.53 | 896062 |
| | 09/19/2022 | $56.54 | 897670 | | 09/19/2022 | $24.89 | 897670 |
| | 10/17/2022 | $24.88 | 899327 | | 10/17/2022 | $56.53 | 899327 |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ECMC | | | | | | | |
| | 03/18/2019 | $210.28 | 821534 | | 04/15/2019 | $210.21 | 823564 |
| | 05/20/2019 | $191.00 | 825543 | | 06/17/2019 | $208.23 | 827557 |
| | 07/15/2019 | $467.55 | 829412 | | 08/19/2019 | $212.03 | 831385 |
| | 09/16/2019 | $212.00 | 833398 | | 10/21/2019 | $217.52 | 835427 |
| | 11/18/2019 | $217.54 | 837497 | | 12/16/2019 | $209.36 | 839426 |
| | 01/13/2020 | $209.37 | 841294 | | 02/10/2020 | $209.36 | 843183 |
| | 03/16/2020 | $209.37 | 845096 | | 04/20/2020 | $209.37 | 847038 |
| | 05/18/2020 | $209.34 | 848926 | | 06/15/2020 | $198.78 | 850613 |
| | 07/20/2020 | $204.23 | 852415 | | 08/17/2020 | $204.35 | 854281 |
| | 09/21/2020 | $204.26 | 856097 | | 10/19/2020 | $204.27 | 857976 |
| | 11/16/2020 | $204.30 | 859771 | | 12/21/2020 | $204.28 | 861594 |
| | 01/11/2021 | $204.28 | 863370 | | 02/22/2021 | $204.28 | 865067 |
| | 03/15/2021 | $204.28 | 866903 | | 04/19/2021 | $204.28 | 868607 |
| | 05/17/2021 | $204.27 | 870498 | | 06/21/2021 | $204.29 | 872307 |
| | 07/19/2021 | $207.59 | 874099 | | 08/16/2021 | $207.59 | 875782 |
| | 09/20/2021 | $207.58 | 877525 | | 10/18/2021 | $207.65 | 879294 |
| | 11/17/2021 | $207.56 | 881006 | | 12/13/2021 | $209.82 | 882637 |
| | 01/10/2022 | $209.80 | 884290 | | 02/14/2022 | $209.80 | 885989 |
| | 03/14/2022 | $209.80 | 887691 | | 04/18/2022 | $209.81 | 889406 |
| | 05/16/2022 | $213.12 | 891098 | | 06/20/2022 | $213.12 | 892795 |
| | 07/18/2022 | $213.13 | 894504 | | 08/15/2022 | $213.10 | 896082 |
| | 09/19/2022 | $213.16 | 897688 | | 10/17/2022 | $213.09 | 899348 |
| ENERBANK USA | | | | | | | |
| | 09/17/2018 | $24.57 | 810006 | | 10/22/2018 | $16.17 | 811930 |
| | 11/19/2018 | $15.70 | 813872 | | 12/17/2018 | $15.71 | 815755 |
| | 01/14/2019 | $15.72 | 817681 | | 02/11/2019 | $15.71 | 819567 |
| | 03/18/2019 | $15.71 | 821546 | | 04/15/2019 | $15.70 | 823577 |
| | 05/20/2019 | $14.26 | 825555 | | 06/17/2019 | $15.56 | 827565 |
| | 07/15/2019 | $34.93 | 829423 | | 08/19/2019 | $15.84 | 831397 |
| | 09/16/2019 | $15.84 | 833409 | | 10/21/2019 | $16.25 | 835437 |
| | 11/18/2019 | $16.25 | 837512 | | 12/16/2019 | $15.64 | 839436 |
| | 01/13/2020 | $15.64 | 841303 | | 02/10/2020 | $15.64 | 843193 |
| | 03/16/2020 | $15.64 | 845109 | | 04/20/2020 | $15.64 | 847048 |
| | 05/18/2020 | $15.66 | 848934 | | 06/15/2020 | $14.83 | 850621 |
| | 07/20/2020 | $15.28 | 852425 | | 08/17/2020 | $15.25 | 854292 |
| | 09/21/2020 | $15.26 | 856106 | | 10/19/2020 | $15.26 | 857987 |
| | 11/16/2020 | $15.27 | 859783 | | 12/21/2020 | $15.26 | 861603 |
| | 01/11/2021 | $15.26 | 863377 | | 02/22/2021 | $15.25 | 865079 |
| | 03/15/2021 | $15.27 | 866912 | | 04/19/2021 | $15.26 | 868617 |
| | 05/17/2021 | $15.26 | 870508 | | 06/21/2021 | $15.27 | 872316 |
| | 07/19/2021 | $15.51 | 874108 | | 08/16/2021 | $15.51 | 875795 |
| | 09/20/2021 | $15.51 | 877538 | | 10/18/2021 | $15.50 | 879307 |
| | 11/17/2021 | $15.51 | 881019 | | 12/13/2021 | $15.67 | 882647 |
| | 01/10/2022 | $15.67 | 884300 | | 02/14/2022 | $15.68 | 885999 |
| | 03/08/2022 | ($15.68) | 885999 | | 03/08/2022 | $15.68 | 886974 |
| | 03/14/2022 | $15.67 | 887702 | | 04/18/2022 | $15.68 | 889421 |
| | 05/16/2022 | $15.92 | 891107 | | 06/20/2022 | $15.92 | 892807 |
| | 07/18/2022 | $15.92 | 894511 | | 08/15/2022 | $15.92 | 896091 |
| | 09/19/2022 | $15.93 | 897697 | | 10/17/2022 | $15.91 | 899357 |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/17/2018 | $13.99 | 809268 | | 10/22/2018 | $9.19 | 811151 |
| | 11/19/2018 | $8.94 | 813119 | | 12/17/2018 | $8.94 | 815000 |
| | 01/14/2019 | $8.94 | 816928 | | 02/11/2019 | $8.94 | 818830 |
| | 03/18/2019 | $8.95 | 820752 | | 04/15/2019 | $8.94 | 822800 |
| | 05/20/2019 | $8.11 | 824771 | | 06/17/2019 | $8.85 | 826837 |
| | 07/15/2019 | $19.89 | 828704 | | 08/19/2019 | $9.01 | 830572 |
| | 09/16/2019 | $9.01 | 832660 | | 10/21/2019 | $9.26 | 834616 |
| | 11/18/2019 | $9.24 | 836739 | | 12/16/2019 | $8.90 | 838677 |
| | 01/13/2020 | $8.90 | 840562 | | 02/10/2020 | $8.90 | 842441 |
| | 03/16/2020 | $8.91 | 844311 | | 04/20/2020 | $8.90 | 846258 |
| | 05/18/2020 | $8.90 | 848232 | | 06/15/2020 | $8.45 | 849921 |
| | 07/20/2020 | $8.69 | 851666 | | 08/17/2020 | $8.69 | 853557 |
| | 09/21/2020 | $8.67 | 855326 | | 10/19/2020 | $8.69 | 857243 |
| | 11/16/2020 | $8.69 | 859053 | | 12/21/2020 | $8.69 | 860810 |
| | 01/11/2021 | $8.69 | 862722 | | 02/22/2021 | $8.68 | 864238 |
| | 03/15/2021 | $8.67 | 866230 | | 04/19/2021 | $8.70 | 867782 |
| | 05/17/2021 | $8.68 | 869746 | | 06/21/2021 | $8.69 | 871504 |
| | 07/19/2021 | $8.83 | 873369 | | 08/16/2021 | $8.83 | 875058 |
| | 09/20/2021 | $8.83 | 876778 | | 10/18/2021 | $8.82 | 878578 |
| | 11/17/2021 | $8.82 | 880287 | | 12/13/2021 | $8.92 | 881947 |
| | 01/10/2022 | $8.92 | 883590 | | 02/14/2022 | $8.92 | 885254 |
| | 03/14/2022 | $8.92 | 886995 | | 04/18/2022 | $8.92 | 888649 |
| | 05/16/2022 | $9.06 | 890424 | | 06/20/2022 | $9.06 | 892074 |
| | 07/18/2022 | $9.06 | 893843 | | 08/15/2022 | $9.07 | 895422 |
| | 09/19/2022 | $9.06 | 896987 | | 10/17/2022 | $9.06 | 898690 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/17/2018 | $25.20 | 8000689 | | 10/22/2018 | $16.59 | 8000727 |
| | 11/19/2018 | $16.10 | 0 | | 12/17/2018 | $16.11 | 0 |
| | 01/14/2019 | $16.12 | 0 | | 02/11/2019 | $16.11 | 8000887 |
| | 03/18/2019 | $16.11 | 8000934 | | 04/15/2019 | $16.13 | 8000980 |
| | 05/20/2019 | $14.62 | 8001023 | | 06/17/2019 | $15.96 | 8001069 |
| | 07/15/2019 | $35.83 | 8001114 | | 08/19/2019 | $16.24 | 8001156 |
| | 09/16/2019 | $16.26 | 8001195 | | 10/21/2019 | $16.67 | 8001239 |
| | 11/18/2019 | $16.66 | 8001282 | | 12/16/2019 | $16.04 | 8001325 |
| | 01/13/2020 | $16.04 | 8001363 | | 02/10/2020 | $16.04 | 8001405 |
| | 03/16/2020 | $16.05 | 8001443 | | 04/20/2020 | $16.04 | 8001482 |
| | 05/18/2020 | $16.06 | 8001532 | | 06/15/2020 | $15.22 | 8001591 |
| | 07/20/2020 | $15.66 | 8001651 | | 08/17/2020 | $15.65 | 8001715 |
| | 09/21/2020 | $15.65 | 8001772 | | 10/19/2020 | $15.65 | 8001836 |
| | 11/16/2020 | $15.66 | 8001892 | | 12/21/2020 | $15.65 | 8001947 |
| | 01/11/2021 | $15.65 | 8002011 | | 02/22/2021 | $15.66 | 8002065 |
| | 03/15/2021 | $15.65 | 8002123 | | 04/19/2021 | $15.66 | 8002171 |
| | 05/17/2021 | $15.65 | 8002234 | | 06/21/2021 | $15.66 | 8002277 |
| | 07/19/2021 | $15.91 | 8002330 | | 08/16/2021 | $15.91 | 8002383 |
| | 09/20/2021 | $15.91 | 8002432 | | 10/18/2021 | $15.90 | 8002481 |
| | 11/17/2021 | $15.91 | 8002529 | | 12/13/2021 | $16.08 | 8002581 |
| | 01/10/2022 | $16.08 | 8002633 | | 02/14/2022 | $16.07 | 8002683 |
| | 03/14/2022 | $16.08 | 8002741 | | 04/18/2022 | $16.07 | 8002785 |
| | 05/16/2022 | $16.33 | 8002843 | | 06/20/2022 | $16.33 | 8002892 |
| | 07/18/2022 | $16.33 | 8002950 | | 08/15/2022 | $16.34 | 8002997 |
| | 09/19/2022 | $16.32 | 8003048 | | 10/17/2022 | $16.34 | 8003103 |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/17/2018 | $52.83 | 810390 | | 10/22/2018 | $34.76 | 812338 |
| | 11/19/2018 | $33.75 | 814258 | | 12/17/2018 | $33.78 | 816153 |
| | 01/14/2019 | $33.78 | 818081 | | 02/11/2019 | $33.77 | 819985 |
| | 03/18/2019 | $33.77 | 821960 | | 04/15/2019 | $33.79 | 823987 |
| | 05/20/2019 | $30.64 | 826001 | | 06/17/2019 | $33.46 | 827961 |
| | 07/15/2019 | $75.10 | 829825 | | 08/19/2019 | $34.06 | 831837 |
| | 09/16/2019 | $34.04 | 833836 | | 10/21/2019 | $34.94 | 835883 |
| | 11/18/2019 | $34.94 | 837940 | | 12/16/2019 | $33.63 | 839843 |
| | 01/13/2020 | $33.63 | 8001365 | | 02/10/2020 | $33.63 | 8001409 |
| | 03/16/2020 | $33.62 | 8001445 | | 04/20/2020 | $33.63 | 8001484 |
| | 05/18/2020 | $33.62 | 8001535 | | 06/15/2020 | $31.93 | 8001596 |
| | 07/20/2020 | $32.83 | 8001652 | | 08/17/2020 | $32.78 | 8001712 |
| | 09/21/2020 | $32.83 | 8001771 | | 10/19/2020 | $32.81 | 8001838 |
| | 11/16/2020 | $32.81 | 8001891 | | 12/21/2020 | $32.81 | 8001948 |
| | 01/11/2021 | $32.81 | 8002006 | | 02/22/2021 | $32.82 | 8002066 |
| | 03/15/2021 | $32.80 | 8002122 | | 04/19/2021 | $32.82 | 8002172 |
| | 05/17/2021 | $32.81 | 8002226 | | 06/21/2021 | $32.81 | 8002274 |
| | 07/19/2021 | $33.34 | 8002327 | | 08/16/2021 | $33.34 | 8002379 |
| | 09/20/2021 | $33.34 | 8002429 | | 10/18/2021 | $33.35 | 8002478 |
| | 11/17/2021 | $33.35 | 8002525 | | 12/13/2021 | $33.69 | 8002578 |
| | 01/10/2022 | $33.70 | 8002630 | | 02/14/2022 | $33.70 | 8002680 |
| | 03/14/2022 | $33.70 | 8002734 | | 04/18/2022 | $33.70 | 8002787 |
| | 05/16/2022 | $34.23 | 8002840 | | 06/20/2022 | $34.23 | 8002894 |
| | 07/18/2022 | $34.23 | 8002945 | | 08/15/2022 | $34.23 | 8002995 |
| | 09/19/2022 | $34.21 | 8003042 | | 10/17/2022 | $34.25 | 8003097 |
| QUICKEN LOANS INC | | | | | | | |
| | 05/14/2018 | $367.46 | 802643 | | 06/18/2018 | $462.70 | 804577 |
| | 07/16/2018 | $1,544.51 | 806524 | | 08/20/2018 | $205.56 | 808470 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 12/17/2018 | $5.74 | 816678 | | 05/20/2019 | $6.12 | 826585 |
| | 08/19/2019 | $5.28 | 832418 | | 12/16/2019 | $5.08 | 840326 |
| | 05/18/2020 | $6.21 | 849756 | | 10/19/2020 | $6.03 | 858861 |
| | 03/15/2021 | $6.07 | 867644 | | 08/16/2021 | $6.10 | 876624 |
| | 01/10/2022 | $6.20 | 885101 | | 05/16/2022 | $5.00 | 891914 |
| | 09/19/2022 | $5.05 | 898528 | | | | |

**Chapter 13 Case # 17-34251**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 09/17/2018 | $50.92 | 810946 | | 09/17/2018 | $144.97 | 810946 |
| | 10/22/2018 | $95.31 | 812920 | | 10/22/2018 | $33.50 | 812920 |
| | 11/19/2018 | $32.53 | 814813 | | 11/19/2018 | $92.70 | 814813 |
| | 12/17/2018 | $92.68 | 816716 | | 12/17/2018 | $32.55 | 816716 |
| | 01/14/2019 | $32.57 | 818631 | | 01/14/2019 | $92.67 | 818631 |
| | 02/11/2019 | $92.68 | 820546 | | 02/11/2019 | $32.55 | 820546 |
| | 03/18/2019 | $32.55 | 822584 | | 03/18/2019 | $92.68 | 822584 |
| | 04/15/2019 | $92.65 | 824561 | | 04/15/2019 | $32.57 | 824561 |
| | 05/20/2019 | $29.53 | 826621 | | 05/20/2019 | $84.18 | 826621 |
| | 06/17/2019 | $91.77 | 828503 | | 06/17/2019 | $32.26 | 828503 |
| | 07/15/2019 | $72.38 | 830379 | | 07/15/2019 | $206.06 | 830379 |
| | 08/19/2019 | $93.45 | 832457 | | 08/19/2019 | $32.80 | 832457 |
| | 09/16/2019 | $32.84 | 834395 | | 09/16/2019 | $93.44 | 834395 |
| | 10/21/2019 | $95.87 | 836503 | | 10/21/2019 | $33.67 | 836503 |
| | 11/18/2019 | $33.68 | 838492 | | 11/18/2019 | $95.87 | 838492 |
| | 12/16/2019 | $92.27 | 840358 | | 12/16/2019 | $32.41 | 840358 |
| | 01/13/2020 | $32.42 | 842262 | | 01/13/2020 | $92.28 | 842262 |
| | 02/10/2020 | $92.27 | 844128 | | 02/10/2020 | $32.41 | 844128 |
| | 03/16/2020 | $32.41 | 846083 | | 03/16/2020 | $92.27 | 846083 |
| | 04/20/2020 | $92.27 | 848053 | | 04/20/2020 | $32.41 | 848053 |
| | 05/18/2020 | $32.41 | 849784 | | 05/18/2020 | $92.26 | 849784 |
| | 06/15/2020 | $87.62 | 851489 | | 06/15/2020 | $30.77 | 851489 |
| | 07/20/2020 | $31.62 | 853373 | | 07/20/2020 | $90.01 | 853373 |
| | 08/17/2020 | $90.07 | 855175 | | 08/17/2020 | $31.63 | 855175 |
| | 09/21/2020 | $31.63 | 857086 | | 09/21/2020 | $90.02 | 857086 |
| | 10/19/2020 | $90.03 | 858897 | | 10/19/2020 | $31.62 | 858897 |
| | 11/16/2020 | $31.62 | 860663 | | 11/16/2020 | $90.04 | 860663 |
| | 12/21/2020 | $90.03 | 862579 | | 12/21/2020 | $31.62 | 862579 |
| | 01/11/2021 | $31.62 | 864131 | | 01/11/2021 | $90.03 | 864131 |
| | 02/22/2021 | $90.03 | 866107 | | 02/22/2021 | $31.64 | 866107 |
| | 03/15/2021 | $31.63 | 867675 | | 03/15/2021 | $90.04 | 867675 |
| | 04/19/2021 | $90.03 | 869595 | | 04/19/2021 | $31.62 | 869595 |
| | 05/17/2021 | $31.62 | 871383 | | 05/17/2021 | $90.03 | 871383 |
| | 06/21/2021 | $90.04 | 873239 | | 06/21/2021 | $31.63 | 873239 |
| | 07/19/2021 | $32.14 | 874947 | | 07/19/2021 | $91.49 | 874947 |
| | 08/16/2021 | $91.49 | 876658 | | 08/16/2021 | $32.14 | 876658 |
| | 09/20/2021 | $32.14 | 878455 | | 09/20/2021 | $91.49 | 878455 |
| | 10/18/2021 | $91.52 | 880180 | | 10/18/2021 | $32.12 | 880180 |
| | 11/17/2021 | $32.15 | 881844 | | 11/17/2021 | $91.48 | 881844 |
| | 12/13/2021 | $92.47 | 883486 | | 12/13/2021 | $32.48 | 883486 |
| | 01/10/2022 | $32.48 | 885133 | | 01/10/2022 | $92.47 | 885133 |
| | 02/14/2022 | $92.46 | 886873 | | 02/14/2022 | $32.48 | 886873 |
| | 03/14/2022 | $32.48 | 888534 | | 03/14/2022 | $92.47 | 888534 |
| | 04/18/2022 | $92.47 | 890318 | | 04/18/2022 | $32.48 | 890318 |
| | 05/16/2022 | $32.99 | 891944 | | 05/16/2022 | $93.93 | 891944 |
| | 06/20/2022 | $93.92 | 893709 | | 06/20/2022 | $33.00 | 893709 |
| | 07/18/2022 | $32.99 | 895326 | | 07/18/2022 | $93.93 | 895326 |
| | 08/15/2022 | $93.93 | 896870 | | 08/15/2022 | $32.99 | 896870 |
| | 09/19/2022 | $32.99 | 898560 | | 09/19/2022 | $93.94 | 898560 |
| | 10/17/2022 | $93.92 | 900155 | | 10/17/2022 | $33.00 | 900155 |

**Chapter 13 Case # 17-34251**

## SUMMARY

| | |
|---|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: November 08, 2022. | |

Receipts: $35,339.00       -     Paid to Claims: $30,621.50      -      Admin Costs Paid: $3,648.39    =    Funds on Hand: $1,069.11

Base Plan Amount: $34,581.00        -      Receipts:  $35,339.00                    =     Total Unpaid Balance: **($758.00)

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.