```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Nabetsy Castillo and Radames Castillo, Jr., Debtors

In Re:

Nabetsy Castillo
Radames Castillo, Jr.,

Debtors.

Case No: 17-34251
Chapter: 13
Judge: JKS

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Nabetsy Castillo_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: November 8, 2022

Nabetsy Castillo
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Nabetsy Castillo and Radames Castillo, Jr.,

                        Debtors

In Re:

Nabetsy Castillo
Radames Castillo, Jr.,
                        Debtors.

Case No: 17-34251
Chapter: 13
Judge: JKS

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Radames Castillo, Jr._____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11/15/2022

*/s/ Radames Castillo, Jr.*
Radames Castillo, Jr.
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18