**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nabetsy Castillo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7018<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Radames Castillo Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4190<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   17–34251–JKS

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nabetsy Castillo                                       Radames Castillo Jr.

<u>2/24/23</u>                                         **By the court:** <u>John K. Sherwood</u>
                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 17-34251-JKS
Nabetsy Castillo                                                                                          Chapter 13
Radames Castillo, Jr.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 3
Date Rcvd: Feb 24, 2023            Form ID: 3180W            Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nabetsy Castillo, Radames Castillo, Jr., 193 Edison St, Clifton, NJ 07013-1313 |
| 517206668 | + | Aes/usb Elt Bela, 2500 Broadway, Helena, MT 59601-4901 |
| 517206677 | + | Maneri Law Firm, 30 Two Bridges Road, Suite 260, Fairfield, NJ 07004-1558 |
| 517206679 | | Selip & Stylianou LLP, 10 Forest Ave, Ste 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517206680 | + | Superior Court of New Jersey, Law Division: Passaic County, 77 Hamilton Street, Paterson, NJ 07505-2018 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Feb 25 2023 01:34:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517218998 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 24 2023 20:50:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517206669 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 24 2023 20:50:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517344997 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 20:49:06 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517403035 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 20:49:06 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517206670 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 21:03:40 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517206671 | + | EDI: BANKAMER.COM | Feb 25 2023 01:34:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517206672 | + | EDI: CAPITALONE.COM | Feb 25 2023 01:34:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517218654 | | EDI: DISCOVER.COM | Feb 25 2023 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517206675 | + | EDI: DISCOVER.COM | Feb 25 2023 01:34:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518025601 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 24 2023 20:50:00 | ECMC, Po box 16408, St Paul, MN 55116-0408 |
| 518025602 | + | Email/Text: ECMCBKNotices@ecmc.org | | |

Case 17-34251-JKS    Doc 54    Filed 02/26/23    Entered 02/27/23 00:17:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 24 2023 20:50:00 | ECMC, Po box 16408, St Paul, MN 55116, ECMC, Po box 16408, St Paul, MN 55116-0408 |
| 517206676 | + | Email/Text: bbagley@enerbankusa.com | Feb 24 2023 20:50:00 | Enerbank Usa, 1245 E Brickyard Rd Ste, Salt Lake City, UT 84106-2562 |
| 517206673 | | EDI: JPMORGANCHASE | Feb 25 2023 01:34:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517206674 | | EDI: JPMORGANCHASE | Feb 25 2023 01:34:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517368685 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2023 20:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517589590 | + | Email/Text: bncnotifications@pheaa.org | Feb 24 2023 20:50:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 517340082 | | EDI: PRA.COM | Feb 25 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517413934 | | EDI: Q3G.COM | Feb 25 2023 01:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517206678 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2023 20:51:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517328061 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2023 20:51:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517206681 | + | EDI: RMSC.COM | Feb 25 2023 01:34:00 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517208225 | + | EDI: RMSC.COM | Feb 25 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517206682 | + | EDI: RMSC.COM | Feb 25 2023 01:34:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517326538 | + | EDI: AIS.COM | Feb 25 2023 01:34:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517206683 | + | EDI: VERIZONCOMB.COM | Feb 25 2023 01:34:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517206684 | + | EDI: WFFC2 | Feb 25 2023 01:34:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517397593 | | EDI: WFFC2 | Feb 25 2023 01:34:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517206685 | + | EDI: WFFC2 | Feb 25 2023 01:34:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517404879 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC Formerly Known (FKA) as Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor Nabetsy Castillo sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Scott J. Goldstein | on behalf of Joint Debtor Radames Castillo  Jr. sjg@sgoldsteinlaw.com, g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9